United States Courts
Southern District of Texas
FILED

SEP 22 2021

Nathan Ochsner, Clerk of Court

USA-74-24B
(Rev. 05/01)

CRIMINAL DOCKET

No.

**HOUSTON DIVISION**
USAO Number: 2021R07133
Magistrate Number:

H 21 466

CRIMINAL INDICTMENT

Filed: _____ Judge: Lake

UNITED STATES of AMERICA
vs.

ATTORNEYS:

JENNIFER B. LOWERY, USA          (713) 567-9000
CHARMAINE HOLDER, AUSA          (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| VICTOR HERNANDEZ-PEREZ | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Charge
(Total)
(Counts)
(1)

Ct. 1: Illegal Reentry After Deportation, Following Conviction for a Felony Offense [8 USC §§ 1326(a) & (b)]

**PENALTY:**
Ct. 1: Not more than 20 years imprisonment; not to exceed $250,000 fine, 3 years SRT; $100 SA

☑ In Jail /
A212 945 038

☐ On Bond

☐ No Arrest

TDCJ
815 12th Street
Huntsville, Texas 77348

NAME & ADDRESS
of Surety:

PROCEEDINGS: