United States District Court
Southern District of Texas
**ENTERED**
September 02, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § | Criminal No. 4:21−cr−00466 |
| Victor Hernandez−Perez § | |

ORDER APPOINTING COUNSEL

    Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints the Federal Public Defender to represent the defendant.

    Signed at Houston, Texas, on September 2, 2022.

_____
Peter Bray
United States Magistrate Judge