| | |
|---|---|
| U.S. District Judge __**SIM LAKE**__ | Clerk, U.S. District Court |
| Case Manager __S. ANDERSON__   Rptr / ~~ERO~~ __D. SMITH__ | Southern District of Texas |
| Law Clerk __A. RICHARDS__   Interpreter __No__ | FILED |
| | __September 30, 2022__ |
| Time __11:30__ | __11:45__ A.M.   __ __ | __ __ P.M. | Nathan Oschner, Clerk |
|      begin    end         begin    end | |

Cr. No. __H-21-466__   Deft. No. __1__

| | | |
|---|---|---|
| United States of America | § | __Charmaine Holder__   AUSA |
| vs. | § § § | |
| __VICTOR HERNANDEZ-PEREZ__ | § | __John Dennis Hester__   ☑ AFPD |
| Defendant Name | | |

## **REARRAIGNMENT**

☐ Defendant waived his right to appear in person and consented to appear by video.
☑ Oath administered to Defendant.
☑ Rearraignment held on ct(s) __1__.
☑ Defendant enters a plea of  ☑ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
☐ Indictment waived.
☐ Plea Agreement: __- N/A-__

☑ Order for PSI setting Disclosure and Sentencing dates signed.
☐ PSI waived.
☑ Sentencing set __12/14/22__ at __2:00 pm__, before Judge Sim Lake.
☐ Jury trial set _____ at _____, before Judge Sim Lake.
☐ Defendant bond ☐ set  ☐ reduced to $ _____   ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Defendant failed to appear, bench warrant to issue.
☐ Defendant bond ☐ continued  ☐ forfeited.
☑ Defendant remanded to custody.
☐ Consent to Administration of Guilty Plea before United States Magistrate Judge.
☑ Terminate other settings for this defendant.   ☑ Terminate motions for this defendant.
   Other Proceedings: _____