United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| versus | § | CRIMINAL H-21-cr-466 |
| | § | |
| VICTOR HERNANDEZ-PEREZ | § | |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) __1__ a presentence report is ordered.

1. By <u>November 7, 2022</u>, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By <u>November 21, 2022</u>, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By <u>December 5, 2022</u>, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for __December 14, 2022__, at __2:00__ p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed: September 30, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: United States Probation
        AUSA: Charmaine Holder
        Defense Counsel: John Dennis Hester - AFPD
        Defendant is    ☐ on bond    ☒ in custody.