# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| **v.** § | **CRIMINAL No.: 4:21-cr-466** | |
| § | | |
| **VICTOR HERNANDEZ-PEREZ** § | | |

## UNOPPOSED MOTION BY THE UNITED STATES TO CONTINUE/OR CHANGE DATE FOR SENTENCING

The United States of America, by and through Jennifer B. Lowery, United States Attorney for the Southern District of Texas, and Charmaine Holder, Assistant United States Attorney, Files this Motion to request a change or continuance of the date of sentencing in this matter. The undersigned attorney for the government has an important conflict with the current sentencing date of December 14, 2022, and therefore requests that this sentencing be continued to another date in the following week of December 19, 2022, or to another future date.

The attorney for the Defendant has been consulted and indicates that there is no opposition to this administrative change, as it will not prejudice the Defendant.

## CONCLUSION

For the reasons stated above, the United States respectfully requests that this Court Re-set the date of sentencing to the next week or to another date in the near future.

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney
Southern District of Texas

*/s/ Charmaine Holder*
CHARMAINE HOLDER
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9000
(713) 718-3300 fax

## CERTIFICATE OF CONFERENCE

Counsel for the government has consulted with Counsel for the Defendant and he/she is not opposed to this purely administrative change.

**SIGNED:** s*// Charmaine Holder*, Assistant United States Attorney

## CERTIFICATE OF SERVICE

A Copy of The GOVERNMENT'S Motion to Continue or Change the Date for Sentencing was filed and served by ECF/Email on Counsel of Record for The Defendant in this matter, on December 2, 2022.

**SIGNED:** s*// Charmaine Holder*, Assistant United States Attorney