UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | CRIMINAL No.: 4:21-cr-466 |
| **VICTOR HERNANDEZ-PEREZ** | § § | |

## ORDER GRANTING MOTION
## TO RESET SENTENCING DATE

The Government's Motion to re-set the sentencing date is GRANTED. The Date of sentencing is re-set to:

_____

SIGNED at Houston, Texas this _____ day of _____ 2022.

_____
Honorable Sim Lake
UNITED STATES DISTRICT JUDGE