| | |
|---|---|
| U.S. DISTRICT JUDGE **SIM LAKE** | CLERK, U.S. DISTRICT COURT |
| CASE MANAGER  S. ANDERSON    RPTR / ~~ERO~~  M. MALONE | SOUTHERN DISTRICT OF TEXAS |
| INTERPRETER  NO    USPO  B. SWANE | FILED |
| LAW CLERK  A. RICHARDS | December 19, 2022 |
| | NATHAN OSCHNER, CLERK |

TIME ____|____ A.M.   2:00 | 2:10 P.M.
           begin  end      begin  end

CR. NO.  4:21-cr-466   DEFT. NO.  1

UNITED STATES OF AMERICA         §    Charmaine Holder         AUSA
vs.                              §
VICTOR HERNANDEZ-PEREZ           §    John Dennis Hester       AFPD

## SENTENCING

- [ ] Defendant waived his right to appear in person and consented to appear by video
- [x] Sentencing held.  ☒ Guilty plea  ☐ Guilty verdict  on  9/30/22 , Cts.  1 .
- [ ] Sentencing held **with contested issues**.
- [x] SENTENCE:   24 mos BOP; 3 yrs SRT; No fine; $100 Special Assessment - REMITTED

       $100 special assessment on Count(s)  REMITTED .
- [ ] **Time served**.
- [x] Notice re: Decision of My Right to Appeal provided to Counsel for Defendant.
- [ ] Count(s) _____ dismissed on government's motion / Order to be entered.
- [ ] Deft ordered to surrender to U.S. Marshal on _____.
- [ ] Deft ordered to surrender to institution when designated.
- [ ] Change of plea hearing, deft withdraws plea of guilty.
- [ ] Jury trial set for _____ at _____.
- [ ] Deft bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Deft bond ☐ continued ☐ forfeited.
- [x] Deft remanded to custody.
- [ ] Deft to be released from custody.
- [x] Terminate other settings for this deft.   ☒ Terminate motions for this deft.

OTHER PROCEEDINGS:  1. PSR ruled on as stated on the record.
                    2.